**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| VIRGINIA DUKES, | : | |
| Plaintiff, | : | |
| v. | : | CA 2:11-00589-WS-C |
| MICHAEL J. ASTRUE, | | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to

the issues raised, and there having been no objections filed, the recommendation of the

Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 30, 2012 is

**ADOPTED** as the opinion of this Court.

**DONE** this 30th day of May, 2012.


s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE