IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VIRGINIA DUKES, | : | |
| Plaintiff, | : | |
| v. | : | CA 2:11-00589-WS-C |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the report and recommendation and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,971.11 under the Equal Access to Justice Act.

**DONE** this 30th day of May, 2012

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE